UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

------------------------------------------------------------

BOUKNIGHT

-v-

NEW YORK DAILY NEWS, et al

USCA NO. _____

SDNY NO.  07 - cv - 5489

JUDGE:  WOOD

DATE:  July 11, 2007

------------------------------------------------------------

*[FILED stamp: U.S. DISTRICT COURT FILED JUL 11 2007 S.D. OF N.Y.]*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____ THOMAS PISARCZYK _____
FIRM _____ APPEALS SECTION _____
ADDRESS  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____ (212) 805-0636 _____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS                                                          DOC#

_____
_____ Clerk's Certificate _____
_____
_____ See Attached List of Numbered Documents _____
_____

( √ ) Original Record                           ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 11TH Day of July, 2007.

**United States District Court for
the Southern District of New York**

Date: __July 11, 2007__

U.S.C.A. # _____

-------------------------------------------------

**BOUKNIGHT**

U.S.D.C. # __07-cv-5489__

-V-

D.C. JUDGE: __WOOD__

**NEW YORK DAILY NEWS, et al**

-------------------------------------------------

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __11__[TH] Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
            Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05489-KMW
### Internal Use Only

Bouknight v. New York Daily News et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 06/11/2007
Date Terminated: 06/11/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Vincent Bouknight.(laq) (Entered: 06/20/2007) |
| 06/11/2007 | 2 | COMPLAINT against New York Daily News, Madison J. Gray, Rick Shapiro, The New York Post, Georgett Roberts, Jana Winter. Document filed by Vincent Bouknight.(laq) (Entered: 06/20/2007) |
| 06/11/2007 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 06/20/2007) |
| 06/11/2007 | 3 | ORDER OF DISMISSAL,,,I grant plaintiff's request to proceed in forma pauperis but dismiss the complaint for the reasons set forth in this order. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/20/2007) |
| 06/11/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/20/2007) |
| 06/26/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Vincent Bouknight. (tp) (Entered: 07/11/2007) |
| 06/26/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Vincent Bouknight. $455.00 APPEAL FEE DUE. IFP REVOKED 6/11/07. (tp) (Entered: 07/11/2007) |
| 07/11/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/11/2007) |
| 07/11/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/11/2007) |