

S.D.N.Y. (N.Y.C.)
07-cv-5489
Wood, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30ᵗʰ day of November , two thousand seven,

Present:

  Hon. Dennis Jacobs,
     *Chief Judge,*
  Hon. Barrington D. Parker,
  Hon. Richard C. Wesley,
     *Circuit Judges.*



_____

Vincent Bouknight,

    *Plaintiff-Appellant,*

  v.             07-3044-pr

New York Daily News, *et al.,*

    *Defendants-Appellees.*

_____

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* and to file an amended brief. Upon due consideration, it is hereby ORDERED that the *in forma pauperis* motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490

SAO-R.A.H.

**Issued as Mandate:**

JAN 4 2008

U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).   The motion to file an amended brief is denied as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

NOV 3 0 2007

SAO-R.A.H.                                                 2

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

DEPUTY CLERK

S.D.N.Y. (N.Y.C.)
07-cv-5489
Wood, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of November , two thousand seven,

Present:

    Hon. Dennis Jacobs,
        *Chief Judge,*
    Hon. Barrington D. Parker,
    Hon. Richard C. Wesley,
        *Circuit Judges.*



---

Vincent Bouknight,

        *Plaintiff-Appellant,*

    v.

                              07-3044-pr

New York Daily News, *et al.,*

        *Defendants-Appellees.*

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* and to file an amended brief. Upon due consideration, it is hereby ORDERED that the *in forma pauperis* motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490

SAO-R.A.H.

U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).   The motion to file an amended brief is denied as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

NOV 3 0 2007

SAO-R.A.H.

2

THE MANDATE CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION  ( ) STATEMENT OF COSTS
( ) ORDER
CEIVED BY: _____  DATE _____